IN RE LAMM

No. 539A94

Case below: 116 N.C.App. 382

Petition by respondent (Anne M. Lamm) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 9 February 1995. Motion by North Carolina State Bar to dismiss appeal denied 9 February 1995.

IN RE MAYNARD

No. 564P94

Case below: 116 N.C.App. 616

Petition by petitioner (Iredell County Dept. of Social Services) for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

JONES v. KILLENS

No. 496P94

Case below: 115 N.C.App. 567

338 N.C. 311

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 9 February 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

JORDAN v. FOUST OIL COMPANY

No. 552P94

Case below: 116 N.C.App. 155

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

LAVENDER v. STATE FARM MUT. AUTO. INS. CO.

No. 606P94

Case below: 117 N.C.App. 135

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.